Jonathan STEWART, Plaintiff–
Appellant,

v.

GEOSTAR CORPORATION,
Defendant–Appellee.

No. 10–1180.

United States Court of Appeals,
Sixth Circuit.

July 6, 2011.

Before: NORRIS, ROGERS, and
GRIFFIN, Circuit Judges.

## OPINION

PER CURIAM.

Plaintiff Jonathan Stewart appeals the decision of the district court denying him attorneys fees after succeeding with litigation against defendant GeoStar Corporation.

Under the governing law of the state of Delaware, plaintiff was required to prove by clear evidence that defendant "engaged in bad faith conduct, which unnecessarily prolonged or delayed [the] litigation or knowingly asserted frivolous claims." *Nagy v. Bistricer*, 770 A.2d 43, 64–65 (Del. Ch.2000) (internal quotations marks omitted). Because the district court was "un-

able to find that Defendant defended this action in bad faith, nor that any specific argument made by Defendant was made in bad faith," it denied attorneys' fees.

We review the district court's conclusion not to award an attorney fees sanction for abuse of discretion. *Fieger v. Cox*, 524 F.3d 770, 774 (6th Cir.2008). Having reviewed the cold record in this case, the briefs of the parties, and having entertained oral argument, we are unable to say that the district court abused its discretion in denying plaintiff's request for attorneys' fees.

Accordingly, the judgment of the district court is **affirmed** based on the reasoning set forth in its Order filed on November 5, 2009.